**POGUST GOODHEAD, LLC**
BY:    HARRIS POGUST, ESQUIRE
Attorney I.D. No.:  52721
161 Washington Street, Suite 250
Conshohocken, PA 19428
Office: (610-941-4202
Fax:    (215) 663-9112
hpogust@pogustgoodhead.com
*Attorneys for Plaintiff*


**STAMPONE O'BRIEN DILSHEIMER**
**HOLLOWAY LAW, P.C.**
BY:    KEVIN O'BRIEN, ESQUIRE
Attorney I.D. No.:  313081
500 Cottman Avenue
Cheltenham, PA 19012                    **THIS IS A MAJOR CASE**
Office: (215) 663-0400                    **JURY TRIAL DEMANDED**
Fax:    (215) 663-9112
kobrien@stamponelaw.com
*Attorneys for Plaintiff*

<u>**UNITED STATES DISTRICT COURT**</u>
<u>**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**</u>

| | | |
|---|---|---|
| HARRIS POGUST AND | : | |
| CARRIE GERO, H/W | : | |
| | : | |
| | : | |
| v. | : | NO. : |
| | : | |
| THE MICROSOFT NETWORK | : | |
| One Microsoft Way | : | |
| Redmond, WA 98052 | : | |
| | : | |
| AND | : | |
| | : | |
| MAIL MEDIA, INC. | : | |
| 51 Astor Place | : | |
| New York, NY 10003 | : | |
| | : | |
| AND | : | |
| | : | |
| THE DAILY MAIL AND GENERAL | : | |
| TRUST PLC, D/B/A THE DAILY MAIL | : | |
| Northcliffe House | : | |

2 Derry Street                                  :
Kensington, London, W8 5TT                      :
United Kingdom                                  :
                                                :
              AND                               :
                                                :
ASSOCIATED NEWSPAPERS, LTD                      :
Northcliffe House                               :
2 Derry Street                                  :
Kensington, London, W8 5TT                      :
United Kingdom                                  :
                                                :
              AND                               :
                                                :
DMG MEDIA, LTD                                  :
Northcliffe House                               :
2 Derry Street                                  :
Kensington, London, W8 5TT                      :
United Kingdom                                  :
                                                :
              AND                               :
                                                :
THE DAILY AND GENERAL TRUST                     :
PLC                                             :
Northcliffe House                               :
2 Derry Street                                  :
Kensington, London, W8 5TT                      :
United Kingdom                                  :
                                                :
              AND                               :
DMG MEDIA, LTD, D/B/A                           :
DAILYMAIL.COM                                   :
Northcliffe House                               :
2 Derry Street                                  :
Kensington, London, W8 5TT                      :
United Kingdom                                  :
                                                :
              AND                               :
                                                :
DAILY MAIL AND GENERAL TRUST                    :
PLC D/B/A THE DAILY MAIL                        :
Northcliffe House                               :
2 Derry Street                                  :
Kensington, London, W8 5TT                      :
United Kingdom                                  :
                                                :

|                        |   |
|------------------------|---|
| AND                    | : |
|                        | : |
| THE DAILY MAIL         | : |
| 51 Astor Place         | : |
| New York, NY 10003     | : |
|                        | : |

## COMPLAINT AND DEMAND FOR A JURY TRIAL

## INTRODUCTION

Plaintiffs, Harris Pogust and Carrie Gero, by and through their attorneys and in their own right, file this Complaint against Defendants, The Microsoft Network, The Daily Mail and General Trust, PLC, d/b/a the Daily Mail, Associated Newspapers, LTD., DMG Media, Ltd, The Daily and General Trust, PLC, DMG Media Ltd., d/b/a Dailymail.com and the Daily Mail and General Trust PLC d/b/a the Daily Mail, Mail Media, Inc., The  for violating 42 Pa. C.S.A. §8316 as well as invasion of privacy, appropriation, and intrusion into seclusion, and other causes of action.

This is an action for damages suffered by Harris Pogust and Carrie Gero who were severely injured and defamed as a result Defendant's widespread marketing of photographs of the Plaintiffs which were illegally stolen off of the plaintiffs' and other's social media accounts, computers, cell phones and elsewhere and printed in numerous online news stories without Plaintiffs' knowledge or permission as well as writing articles containing defamatory and false information concerning the Plaintiffs.  In support thereof, Plaintiffs allege as follows:

## PARTIES

1.      Plaintiff, Harris Pogust, is a citizen, resident and attorney practicing law and residing in the Commonwealth of Pennsylvania with an address located at 276 West Mount Pleasant Ave, Ambler, PA 19002.

2.      Plaintiff Carrie Gero is a citizen and resident residing in the Commonwealth of Pennsylvania with an address located at 276 West Mount Pleasant Ave, Ambler, PA 19002.

3.      At all times relevant hereto the Plaintiffs were married.

**THE MICROSOFT DEFENDANT**

4.      Defendant, The Microsoft Network ("MSN"), is a Delaware corporation with its principal place of business at One Microsoft Way, Redmond, WA 98052.

**THE DAILY MAIL DEFENDANTS**

5.      Defendant, Mail Media, Inc, is a Delaware corporation with its principal place of business in New York located at 51 Astor Place, New York, NY 10003.

6.      Defendant, The Daily Mail and General Trust, PLC, d/b/a the Daily Mail, is a corporation or other business organization with its principal place of business in London located at Northcliffe House, 2 Derry Street, Kensington, London, W8 5TT, United Kingdom.

7.      Defendant, Associated Newspapers, LTD., is a corporation or other business organization with its principal place of business in London located at Northcliffe House, 2 Derry Street, Kensington, London, W8 5TT, United Kingdom.

8.      Defendant, DMG Media, Ltd, is a corporation or other business organization with its principal place of business in London located at Northcliffe House, 2 Derry Street, Kensington, London, W8 5TT, United Kingdom.

9.      Defendant, The Daily Mail, is a corporation, fictitious name, or other business organization with its principal place of business and/or address for service located in New York located at 51 Astor Place, New York, NY 10003.

10.     Defendant, The Daily and General Trust, PLC, is a corporation or other business organization with its principal place of business in London located at Northcliffe House, 2 Derry Street, Kensington, London, W8 5TT, United Kingdom.

11.     Defendant, DMG Media Ltd., d/b/a Dailymail.com, is a corporation or other business organization with its principal place of business in London located at Northcliffe House, 2 Derry Street, Kensington, London, W8 5TT, United Kingdom.

12.     Defendant, Daily Mail and General Trust PLC d/b/a the Daily Mail, is a corporation or other business organization with its principal place of business in London located at Northcliffe House, 2 Derry Street, Kensington, London, W8 5TT, United Kingdom.

13.     These entities shall be referred to collectively as the "Daily Mail Defendants".

14.     MSN is a multi-service web portal which offers a number of free features to surfers of the Web, including email from Hotmail, news from MSNBC and Newsweek magazine, a variety of financial and shopping services, and MSN Web Communities, a network of chat rooms and online communities.

15.     Many people use MSN as their home page on their computers so that when they turn on their computers MSN news is the first page they see to start their days.

16.     MSN has millions of viewers in the United States and millions more around the world.

17.     Likewise, the Daily Mail Defendants have millions of viewers in the United States, and around the world and is in the sole business of offering articles and information available online to internet users including those within this District.

18.     Upon information and belief, Defendants' sole purpose in marketing and using Plaintiff's likeness was to harm the Plaintiff's reputation as well as obtain more "clicks" on their websites thereby increasing the Defendants' profits.

19.     Therefore Defendants only publish articles and photographs which they believe will have public interest and obtain more views by the general public whether the information contained in their articles are true or not.

## JURISDICTION

20.     This Court has subject matter jurisdiction under 28 U.S.C. §1332(a) as the matter in controversy exceeds the value of $75,000, exclusive of interest and costs and is between citizens of different states and/or a foreign state, as Plaintiff is a citizen of the Commonwealth of Pennsylvania and Defendant a citizen of the State of Delaware and Washington.

21.     This Court has personal jurisdiction over the Defendants consistent with the United States Constitution and 42 Pa. Consol. Stat. Ann. §5322 (Pennsylvania's "long arm" statute), as Plaintiff's claims arise out of Defendants' transaction of business, their  tortious acts within the Commonwealth of Pennsylvania, their doing a series of similar acts for the purpose of thereby realizing pecuniary benefit, and by virtue of Defendants' substantial, continuous, and systematic contacts with the Commonwealth of Pennsylvania.

22.     This Court has supplemental jurisdiction over the remaining common law and state law claims pursuant to 28 U.S.C. § 1367.

23.     The Defendants' contacts with Philadelphia, Pennsylvania include publishing its website to millions of citizens of the Commonwealth of Pennsylvania.

24.     In addition, the Plaintiffs live in this District and were harmed by the unauthorized use of their likeness in this District, their social media accounts from which their

likeness were  used for unauthorized purposes were created and maintained in this district.  The Plaintiffs were residents of this District at the time these images were unlawfully appropriated and therefore the Defendant's conduct was directed towards the Plaintiffs in this District, and this cause of action arises out of, and/or is related to the Plaintiffs in this District.

25.    It should be noted that numerous other publications wrote similar or on sometimes identical articles using the exact same stolen photographs and same false information as those used in the Defendants' articles on their respective websites.

26.    These photographs were taken and published without the consent or knowledge of the Plaintiffs.

27.    Plaintiff Harris Pogust is a practicing attorney with offices in Conshohocken, Pennsylvania and was previously associated with the Law Firm of Pogust Goodhead.

28.    At its height Pogust Goodhead, which opened its doors in 2018, had approximately 600 employees.

29.    In 2024 Pogust Goodhead was bringing several high-profile cases, including what has been known as the Mariana Dam disaster where it represented approximately 600,000 individuals, numerous municipalities, the Catholic Church and several indigenous tribes who lived along the Amazon and whose way of life was totally destroyed by this disaster. Swimming, fishing, washing clothes and a large majority of these tribes way of life was destroyed causing these people extreme pain and suffering and basically totally ruining their way of life as well as their parents, grandparents, children and grandchildren.

30.    This has been recognized as the worst environmental disaster in Brazil's history and the largest case ever filed in the United Kingdon. The defendant was the mining company

known as the Broken Hill Proprietary Company (BHP).The largest manufacturer of iron ore in the world.

31.    The case was filed in England and is still ongoing.

32.    On numerous occasions beginning in 2024 Defendants, along with numerous other online publications began publishing articles concerning the Plaintiffs and using within these articles the photographs which had been unlawfully taken from Plaintiffs in violation of Pennsylvania Law, and others without their permission or consent.

33.    Upon information and belief they Daily Mail Defendant published this article, and the associated photographs at the direction and request of a Defendant in a litigation which was brought by Pogust Goodhead with the intent to harass and discourage the Plaintiff Harris Pogust in retaliation for the lawsuit being filed by the Pogust Goodhead law firm which establishes that the photographs were not associated with a legitimate news report or news presentation having public interest.

34.    A copy of the article published including the photographs which were unlawfully appropriated, taken, and used by the MSN Defendant is attached hereto as Exhibit "A".

35.    This article was published on or about December 5, 2024.

36.    A copy of the article published, including the photographs which were unlawfully appropriated, taken and used by the Daily Mail Defendants is attached hereto as Exhibit "B".

37.    This article was published on or about December 5, 2024, and again, on or about December 6, 2024.

38.    These articles contained photographs and the likeness of the Plaintiffs, Harris Pogust and his wife Carrie Gero.

39.    As a result of the use of the unauthorized use of these photographs and the misleading nature of the published articles, Plaintiffs have suffered mental pain and suffering as well as damage to his reputation from these articles which were only published to cause harm and damage to the plaintiff as well as other damages.

40.    Accordingly it is clear that the only purpose of this article was to cause pain and suffering, cause damage to Plaintiff's reputation and financial and emotional harm to Plaintiff as they offered no legitimate purpose and the photographs and the Plaintiffs' likeness were used and appropriated without their consent for a commercial purpose by the Defendants.

41.    Not only were these articles purpose was to harm the Plaintiffs' but the article itself contains completely false and misleading information.

42.    By December 1, 2024, Plaintiff was in the process of negotiating his exit from Pogust Goodhead except for those offices here in the United States where Plaintiff began the process of slowly closing these offices leaving the one office located in Conshohocken, Pennsylvania.

43.    Mr. Pogust had no and has never had any ownership interest in the London entity contrary to the articles statement where it states that "His firm, London-based Pogust Goodhead (PG), provides him and his British partner, Thomas Goodhead, the means to live in luxury thanks to the cut the firm takes from compensation ruling on big cases, which can run into hundreds of millions of pounds.

44.    A simple review of Companies House, which lists the owners of all companies in the United Kingdom, shows that the London firm was owned 100% by Thomas Goodhead.

45.    Plaintiff had absolutely no ownership in that law firm.

46.     At the time of the writing of this article, Mr. Pogust had been a lawyer in the United States for approximately 36 years and owned his own office in Conshohocken, Pennsylvania beginning in 2005.

47.     Furthermore, Plaintiff had nothing at all to do with any case involving a car loan scandal.

48.     As a matter of fact, any case involving the misleading information that car dealers had given to their clients in the U.K., such claims were instituted long after Mr. Pogust had left the firm.

49.     What defendant fails to mention in any of its articles, the sole intent was to harm the plaintiff, was the philanthropic activities that Plaintiff had been in volved in for a number of years.

50.     An example of this is Plaintiff and his wife spending over $100,000.00 to build a school in Ghana after he had visited the country investigating a case of slave and child labor.

51.     Plaintiff felt such sympathy for these children that when he returned home, he arranged to build a school for hundreds of children which contained  new computers, books, sports fields and other amenities which would give these children a fighting chance to reach their goals and dreams.

52.     Prior to building this school, these children had no computers and their classrooms were made with a tin roof, 4 posts to hold up the roof and a dirt floor.  There were no walls so during the rainy season learning was virtually impossible

**CAUSES OF ACTION**
**COUNT I:     UNAUTHORIZED USE OF NAME OR LIKENESS UNDER 42 P.A. C.S.A. §8316**
**PLAINTIFFS V. ALL DEFENDANTS**

53.    Plaintiffs incorporate by reference the preceding paragraphs as set forth at length herein.

54.    42 P.A. C.S.A. §8316 states in relevant part that:

Unauthorized use of name or likeness.
a.    Cause of action established.--Any natural person whose name or likeness has commercial value and is used for any commercial or advertising purpose without the written consent of such natural person or the written consent of any of the parties authorized in subsection (b) may bring an action to enjoin such unauthorized use and to recover damages for any loss or injury sustained by such use.

b.    Parties authorized to bring action - Such action may be brought by:

(1)  The natural person.

(2)  A parent or guardian of a natural person, if the natural person is a minor.

(3)  If such natural person is deceased, any person, firm or corporation authorized in writing to license the commercial or advertising use of the natural person's name or likeness by the natural person during the natural person's lifetime or by will or other testamentary device; an executor named in a will or designated by a court of competent jurisdiction; or where there is no such authorization, then by the deceased person's surviving spouse at the time of death until the surviving spouse's death or, in a case where there is no surviving spouse, then any other heir or group of heirs having at least a 50% interest in the deceased person's estate as provided for under law.

(4)  Any other person, firm or corporation authorized in writing by such natural person to license the commercial or advertising purposes of the person's name or likeness.

55.    The stolen pictures of Plaintiffs were published by the Defendant for the sole purpose of making a profit upon their publication.

56.    Plaintiffs never gave the Defendant permission to use these photographs for any manner or purpose;

57.    The photographs had commercial value otherwise they would not have been printed and made available by the Defendant to their millions of online of millions subscribers

and reader and whose sole purpose is to sell online advertising and online subscriptions to their

approximately 308.9 million subscribers (that figure is just for the United States) and in 42

countries and 21 languages worldwide;

58.    For example, the MSN website alone had 1.45 billion visitors in August of 2025[1];

59.    This action is being brought by a natural person.

60.    As a direct and proximate result of the aforementioned conduct by the

Defendants, Plaintiffs have suffered mental and psychological injury and pain, and continue to

suffer emotional distress, humiliation, mental pain and anguish as well as economic and other

losses as will be proven at trial.

61.    The Defendant's actions and failures and violations of Pennsylvania Law were the

proximate cause of the injuries and constitutional violations suffered by the Plaintiff.

### COUNT II:    INVASION OF PRIVACY (INTRUSION UPON SECLUSION, APPROPRIATION OF NAME AND LIKENESS, PUBLICITY GIVEN TO PRIVATE LIFE)
### PLAINTIFFS V. ALL DEFENDANTS

62.    Plaintiffs incorporate by reference the preceding paragraphs as set forth at

length herein.

63.    Defendants have invaded the Plaintiff's privacy by obtaining his private and

personal social media photographs which are not public and are set to private to only a select

group of friends and family whom they wish to share their personal life.

64.    Defendants have invaded that privacy by accessing for an underlying purpose, and

for a commercial purpose, the private photographs of the Plaintiffs and sharing them with the

world for the purpose of harassing the Plaintiffs.

---

[1] United States (https://www.semrush.com/website/top/united-states/all/); 21.32%/ 308.91M/ 84.73%/ 15.27%

65.    By appropriating the Plaintiff's name and likeness for their own use and benefit, Defendants are subject to the liability for the invasion of privacy of the Plaintiff. Amerisourcebergen Corp. v. Doe, 2012 Pa. Dist. & Cnty. Dec. LEXIS 469, *1, 2012 WL 8525643.

66.    Defendants appropriated the Plaintiffs name, likeness, and obtained unauthorized photographs of the Plaintiff without his consent or permission, for a commercial purpose, and therefore committed the tort of appropriation.

67.    Further, the Defendants intentionally intruded upon the solitude and seclusion of the Plaintiffs private affairs or concerns (their vacations, their personal home, shirtless photos) which was highly offensive to the Plaintiffs, and would be to a reasonable person.

68.    The Defendants further give publicity to a matter concerning the private life of the Plaintiff and published that in a manner that would be highly offensive to a reasonable person.

69.    The Plaintiffs' home, the number of rooms in their home, their vacations, their manner of travel, and personal photographs of the Plaintiffs on vacation were not any legitimate concern to the public.

70.    By committing these acts, the Defendants invaded the privacy of the Plaintiffs and committed the torts of appropriation, intrusion upon seclusion, and publicity to a matter concerning private life and are liable to the Plaintiffs for the damages set forth below.

71.    The Defendant's actions and failures and violations of Pennsylvania Law were the proximate cause of the injuries and constitutional violations suffered by the Plaintiff.

## **DEMAND FOR A JURY TRIAL**

72.    Plaintiff demands a trial by jury on all the triable issues within this pleading.

## **PRAYER FOR RELIEF**

73.     WHEREFORE, Plaintiff incorporates by reference each preceding and succeeding paragraph as though set forth fully at length herein, and prays for judgment in her favor and against Defendants awarding the following:

74.     A monetary award, sufficient to compensate Plaintiff for the following categories of damages:

      a.   actual or compensatory damages in such amount to be determined at trial and as provided by applicable law;

      b.   actual and treble damages in such amount to be determined by this Court and as provided by law;

      c.   exemplary and punitive damages sufficient to punish and deter Defendants and others from future wrongful practices;

      d.   pre-judgment and post-judgment interest;

      e.   costs including court costs, and other litigation expenses; and

      f.   any other relief the Court may deem just and proper.

WHEREFORE, Plaintiffs Harris Pogust and Carrie Gero demands judgment against the Defendants MSN, Mail Media, Inc., the Daily Mail, The Daily Mail and General Trust, PLC, d/b/a the Daily Mail, Associated Newspapers, LTD, DMG Media, Ltd, The Daily and General Trust, PLC, DMG Media Ltd., d/b/a Dailymail.com, Daily Mail and General Trust PLC d/b/a the Daily Mail in an amount in excess of amount in excess of One Hundred and Fifty Thousand ($150,000.00) Dollars in compensatory damages and punitive damages, attorney's fees, costs and such other further relief the court shall deem appropriate.

Respectfully submitted,

**STAMPONE OBRIEN DILSHEIMER HOLLOWAY**

By:_____*/s/ Kevin O'Brien*_____
                 KEVIN P. O'BRIEN, ESQUIRE
                 500 Cottman Ave
                 Cheltenham, PA 19130
                 Tel: 215-663-0400
                 Fax: 215-663-9112
                 kobrien@stamponelaw.com

**POGUST GOODHEAD, LLC**

By:_____*/s/ Harris Pogust*_____
                 HARRIS POGUST, ESQUIRE
                 Attorney I.D. No.:  52721
                 161 Washington Street, Suite 250
                 Conshohocken, PA 19428
                 Office: (610-941-4202
                 Fax:     (215) 663-9112
                 hpogust@pogustgoodhead.com
                 *Attorneys for Plaintiff*

EXHIBIT A

EXHIBIT A



International class action specialists Pogust Goodhead set up shop in Australia last year and issued a warning that they were eyeing a series of business giants and planning to hold them to account over their responsibility to exhibit 'basic decency and fairness'.

But the firm was this week hit with the surprise departure of jetsetting co-founder and global chairman Harris Pogust, who announced he was stepping down from his role after six years in order to 'devote more time and energy to my philanthropic endeavours'.

In a statement this week, Mr Pogust wished his co-founder Mr Goodhead all the best and praised the firm for having 'helped defend the rights of those who cannot defend themselves against the misdeeds of big business'.

Pogust Goodhead is currently taking action against BHP in the UK over the Samarco mine disaster in Brazil, which cost 19 people their lives and contaminated waterways and land spanning multiple villages in a case tipped to be worth up to $70billion in damages.



Top Consumer Guide · Sponsored

Here Are 23+ of the Coolest Gifts for This Cyber Monday 2025

Learn More

Last month, the class action specialist firm also shed up to 20 per cent of its staff - with jobs shed at its offices in both the UK and Brazil, the UK's Law Society Gazette reported.

The New Jersey-born Mr Pogust has more than 25 years' experience in litigation and class actions. Daily Mail Australia revealed an insight into Mr Pogust's lavish lifestyle earlier this year.

Photographs show the crusading lawyer and his wife Carrie flying by private jet - including with their dog - sipping cocktails on luxury boats and travelling interstate for meals.

© 2025 Microsoft



⌐ Jetsetting lawyer Harris Pogust's family social media accounts offer an insight into the lavish lifestyle
  afforded to him on the back of his successful career. He's now quit his firm

In November 2023, he shared details of his new property - a sprawling six-bedroom, eight-bathroom mansion boasting a pool, gym and wine cellar. A month prior he shared another photo of his laptop overlooking the ocean.

'Nothing like flying down for dinner than back home. The fun never ends...' he wrote, tagging his location at Philadelphia International Airport.

© 2025 Microsoft

12/1/25, 3:09 PM
Crusading lawyer who boasts lavish lifestyle quits firm
Case 2:25-cv-06838    Document 1    Filed 12/04/25    Page 21 of 78



⌐ New Jersey-born Harris Pogust offers the greatest insight into their high-flying lives

The legal eagles said areas they're targeting include the mining and resources sector, human rights issues, corporate misconduct, environmental issues and consumer law.

'Specialists in the class action sector are becoming a little bit more creative and willing to attempt to find recourse through different channels,' she said.

Mr Goodhead, who is both Oxford and Cambridge educated, spoke in February about the expansion and their current litigation portfolio.

© 2025 Microsoft

Privacy and Cookies    Terms of Use    Advertise

He said winning one or more of the major litigations would see his team become 'the highest-paid lawyers in the country by quiet some margin'.

And several months earlier in an interview with the Law Gazette in November 2023, Mr Goodhead spoke openly about his company's capitalist ambitions.

'We are here to make a profit,' he said bluntly.

'This isn't an NGO though I know we look like one. We are here to make a profit... I've got trainee solicitors earning 150k.'

[Read more](#)

## Sponsored Content



Bloomingdale's

**On Men's The Roger Advantage Low Top Sneakers In White/Midnight -...**

Sponsored

Top Consumer Guide

**Here Are 23+ of the Coolest Gifts for This Cyber Monday 2025**

Sponsored

JCPenney

**Nike Air Max Excee Womens Sneakers | Gray | Regular 10 | Shoes Sneakers |...**

Sponsored

## More for You



India Today · 5h

**Nanded caste murder: Man killed by girlfriend's family days before 21st birthday**

16

The Indian Express · 11h

**Hema Malini, Prakash Kaur lived minutes away from each other, never crossed...**

42

India Today · 13h

**What happens when you eat 2 garlic cloves every morning?**

92

Times Now · 6h

**Virat Kohli Breaks 33-Y Old World Record, Goe Sachin Tendulkar; Beco**

104

© 2025 Microsoft

Privacy and Cookies          Terms of Use          Advertise







ABP · Live · 11h

Major Shake-Up In
Maharashtra Politics: 35
MLAs From Shinde Faction

India Today · 14h

Jaya Bachchan doesn't want
Navya to marry, calls
marriage outdated

The Times of India · 4h

'A big thank you to Indian
and Pakistani armed forces':
Former Sri Lanka cricketer

Tech Gadget Trend

These Are the Coolest Gifts
on Everyone's Wishlist in
2025

Forbes

New Jersey Residents With
Credit Card Debt May Be
for Loan-Free Relief









Times Now   [ Follow ]      917.3K Followers

# Indian Govt Orders Mandatory Pre-Installed Cyber Safety App On All New Phones, Users Won't Be Able To Delete It

Story by TN Innovations • 10h •    2 min read

**MARKETS TODAY**



NIFTY ▼ -0.10%     SENSEX ▼ -0.08%     Gold ▲ +1.25%

© 2025 Microsoft

Privacy and Cookies    Terms of Use    Advertise



⌐  indian govt orders mandatory pre-installed cyber safety app on all new phones, users won't be able to
   delete it

In a major move to tighten cybersecurity, India's telecom ministry has directed
smartphone makers to pre-install the government's Sanchar Saathi app on all
new devices sold in the country. According to a Reuters report, companies will
not be allowed to offer users the option to delete or disable the app.

With more than 1.2 billion mobile subscribers, the government believes this step

Continue reading

Sponsored Content

© 2025 Microsoft

Privacy and Cookies    Terms of Use    Advertise

More for You

EXHIBIT B

12/1/25, 3:07 PM
Crusading American lawyer who boasts a lavish lifestyle with private jet jaunts with his glamorous wife, a sprawling estate and pool chill sessions quits his law firm after putting Aussie …
Case 2:25-cv-06838    Document 1    Filed 12/04/25    Page 27 of 78



US Edition | Privacy Policy | Feedback    **Follow** 23.1M    **Monday, Dec 1st 2025** 4PM 43°F    7PM **42°F**    **5-Day Forecast**

# Daily Mail

Home | Showbiz | TV | News | Lifestyle | Sports | Health | Science | Royals | Money | Real Estate | Media | U.K. | Video | Buyline | Login

Donald Trump    Joe Biden    Politics Newsletter    Latest Headlines

ADVERTISEMENT

# Crusading American lawyer who boasts a lavish lifestyle with private jet jau with his glamorous wife, a sprawlin estate and pool chill sessions quits law firm after putting Aussie corpo on notice

Enter your search    Search



- **READ MORE:** **Class action against 'life-ruining' contraceptive pill**

By <span style="color:#006699">DANIEL PIOTROWSKI, DEPUTY EDITOR, AUSTRALIA</span> and <span style="color:#006699">BRITTANY CHAIN, US SENIOR REPORTER</span>
**PUBLISHED:** 21:06 EST, 5 December 2024 | **UPDATED:** 03:57 EST, 6 December 2024

## 6
View comments

A high-flying international lawyer whose firm 'put Australian corporations on notice' about a potential wave of class action lawsuits against miners and financial services companies has suddenly quit his post.

International class action specialists Pogust Goodhead set up shop in Australia last year and issued a warning that they were **eyeing a series of business giants and planning to hold them to account over their responsibility to exhibit 'basic decency and fairness**'.

But the firm was this week hit with the surprise departure of jetsetting co-founder and global chairman Harris Pogust, who announced he was stepping down from his role after six years in order to 'devote more time and energy to my philanthropic endeavours'.

ADVERTISEMENT





Read More



► **Trump's MRI scan results released by White House**



► EXCLUSIVE  **Tina Turner's husband, 69, finds love again with 60-year-old American widow as they're seen on designer shopping spree in Milan**



►**Reba McEntire FIRES BACK at Savannah Guthrie over Rex Linn comment in awkward live moment**



EXCLUSIVE  **The Kennedy brother who put a pillow over Marilyn Monroe's face as she screamed: JAMES PATTERSON**

In a statement this week, Mr Pogust wished his co-founder Mr Goodhead all the best and praised the firm for having 'helped defend the rights of those who cannot defend themselves against the misdeeds of big business'.

Pogust Goodhead is currently taking action against BHP in the UK over the Samarco mine disaster in **Brazil**, which cost 19 people their lives and contaminated waterways and land spanning multiple villages in a case tipped to be worth up to $ damages.

Last month, the class action specialist firm also shed up to 20 per cent with jobs shed at its offices in both the UK and Brazil, the UK's Law Soc reported.

The New Jersey-born Mr Pogust has more than 25 years' experience i class actions. Daily Mail Australia **revealed an insight into Mr Pogust's lifestyle earlier this year.**

12/1/25, 3:07 PM          Crusading American lawyer with boastful woke lifestyle with private jets, sprawling estate and pool chill sessions quits his law firm after putting Aussie …

Case 2:25-cv-06838   Document 1   Filed 12/04/25   Page 30 of 78



Photographs show the crusading lawyer and his wife Carrie flying by private jet - including with their dog - sipping cocktails on luxury boats and travelling interstate for meals.

ADVERTISEMENT



12/1/25, 3:07 PM        Crusading American lawyer who boasts about his luxury life with his glamorous wife [?] sprawling estate and pool, hill sessions quits his law firm after putting Aussie ...

Case 2:25-cv-06838     Document 1     Filed 12/04/25     Page 31 of 78



one major sacrifice:
**JILLIAN MICHAELS**






▶ **Why America is in its 'fizz era'! Sparkling water is our new obsession, and with exciting new flavors like Guava Berry and Ruby Red Tangerine all with zero sugar and sweeteners, it just got a whole lot more fun**
**AD FEATURE**

▶ **The Godfather director Francis Ford Coppola, 86, shares terrifying new insight into his shattered finances after pouring $120m into flop movie Megalopolis**

View gallery

12/1/25, 3:07 PM                Crusading American lawyer who took on big business with profitable legal cases against governments and aboriginal sessions quits his law firm after putting Aussie …

Case 2:25-cv-06838    Document 1    Filed 12/04/25    Page 32 of 78

© carriepogo/Instagram

**Jetsetting lawyer Harris Pogust's family social media accounts offer an insight into the lavish lifestyle afforded to him on the back of his successful career. He's now quit his firm**

◢
ADVERTISEMENT

TRENDING







**Trump's MRI scan results released by White House**

**Notorious dine-and-dasher sparks all out WAR at ritzy apartment block**

**Doctor and wife executed in the garage of their $1.3m home**

19.2k viewing now

15k viewing now

3.6k viewing now

In November 2023, he shared details of his new property - a sprawling six-bedroom, eight-bathroom mansion boasting a pool, gym and wine cellar. A month prior he shared another photo of his laptop overlooking the ocean.

'Nothing like flying down for dinner than back home. The fun never ends...' he wrote, tagging his location at Philadelphia International Airport.

His wife has also shared photos of both Mr Pogust and the couple's do jet, as well as luxurious snaps on yachts.

His firm, Pogust Goodhead, launched in 2018 and earned the title 'the f unicorn' after raising $300million in financial backing early on.

Co-founder Tom Goodhead visited Australia twice in 2023 to meet with and super funds over potential litigation. The firm set up an office in Sy by commercial disputes specialist Amie Crichton.

Ms Crichton cut her teeth on the other side of litigation, defending class actions on behalf of insurers for eight years. Speaking to **law.com**, she said that experience gives her a strategic advantage in prosecuting future class actions.

She said it had given her a much deeper understanding of how corporations seek to defend such matters - and how to counter that.

'We are investigating a number of new cases against Australian multinational corporations, such as BHP, in which their commitment to this responsibility has been seriously thrown into question,' said Mr Goodhead.

'With the launch of our Sydney office, we are putting Australian corporations on notice that we are ready to hold them to account.

'We are establishing a base in BHP's backyard to ensure we explore every avenue in our fight for justice for victims.'




**America's most notorious dine-and-dasher sparks all out WAR at ritzy apartment block as neighbors live in fear: 'She's capable of anything'**



**Why we are crushing on retro! From 90s fashion highlights to flavors of our childhood making a comeback, America is falling back in love with the best bits of its past**
**AD FEATURE**



**Transgender woman secretly recorded surgeons performing tumor removal**



skinny girl photos as a plastic surgeon weighs in





▶ Jennifer Aniston fails to hold door open for beau Jim Curtis as he struggles to exit restaurant with a cane

Meghan must suspect her days as a duchess are numbered. The signs are hiding in plain sight. I've never been more certain of what she could be planning next… …



▶ EXCLUSIVE My Kitchen Rules villains Jacinta and Mel reveal more reality show plans



12/1/25, 3:07 PM    Crusading American lawyer who boasts a lavish lifestyle with private jet jaunts with his glamorous wife, a sprawling estate and pool chill sessions quits his law firm after putting Aussie …

Case 2:25-cv-06838    Document 1    Filed 12/04/25    Page 35 of 78

**New Jersey-born Harris Pogust offers the greatest insight into their high-flying lives**

The legal eagles said areas they're targeting include the mining and resources sector, human rights issues, corporate misconduct, environmental issues and consumer law.

'Specialists in the class action sector are becoming a little bit more creative and willing to attempt to find recourse through different channels,' she said.

Mr Goodhead, who is both Oxford and **Cambridge** educated, spoke in February about the expansion and their current litigation portfolio.

He said winning one or more of the major litigations would see his team become 'the highest-paid lawyers in the country by quiet some margin'.

And several months earlier in an interview with the Law Gazette in November 2023, Mr Goodhead spoke openly about his company's capitalist ambitions.

'We are here to make a profit,' he said bluntly.

'This isn't an NGO though I know we look like one. We are here to make a profit... I've got trainee solicitors earning 150k.'

| Brazil | Democrats | Sydney | Google | SNP |

**Share or comment on this article: Crusading American lawyer who bo lifestyle with private jet jaunts with his glamorous wife, a sprawling e chill sessions quits his law firm after putting Aussie corporates on n**





▶ **Hilaria Baldwin, 41, wears underwear as she works out in her bedroom causing husband Alec to hit the like button**



▶ **Species in Chernobyl disaster zone is mutating to feed on nuclear radiation**



**Troubled 350lb son of Hollywood icon is forced to humiliating new low… as his movie star brother luxuriates in $7m Montecito mansion**



▶ **Trader Joe's fans go wild for a product that has 'finally' returned to stores… 'I dream about it'**

# This Lifelike Toy Dog Is Quickly Becoming a US Family Favourite! Only $34 (Black Friday Deal!)

Consumer Check | Sponsored



# Here Are 23+ of the Coolest Gifts for This Christmas 2025

Top Consumer Guide | Sponsored



I was drinking 130 units of alcohol a week and knew it was time to cut down. Then, I discovered this no-effort miracle solution. I'm now having less than ever a...



▶ Michael Jordan arrives in court for NASCAR lawsuit that could blow motorsports apart

▶ Trump deploys 250 agents to New Orleans for 'Swamp Sweep' as terrified immigrants shutter restaurants



ADVERTISEMENT

12/1/25, 3:07 PM

Crusading American lawyer who boasts a lavish lifestyle with pictures of himself with his glamorous wife / a sprawling estate and pool / chill sessions quits his law firm after putting Aussie …



## Why This 'Sleeved' Cashmere Wrap Is 2025's Most-Wanted Gift

fashioninusa.com | Sponsored



**Mom who spent 10 years 'gentle parenting' admits it was a mistake: 'My kids are anxious, insecure and entitled'**



**I was a TikTok star who was internally decapitated by an extremely drunk driver. Look what this monster did to me… before I got my revenge**



## Top Orthopedic Surgeon Says This Knee Pain Relief Device Is "Actually Worth It"

RejuvaKnee | Pain-Free Knees | Sponsored

**Urgent warning to Cyber Monday shoppers over scam stealing bank details**


**Keith Urban linked to NEW woman, 25: Friends tell how Nicole Kidman divorce drama has reignited with petty Nashville standoff… and why he has the kids for Tha…**


**Antiques Roadshow guest gasps as he learns life-changing value of dad's rare watch picked up for just £59 - before jaw-dropping twist**


**Billionaire power couple have given away so much of their fortune they've been taken off Forbes list of America's highest earners**



**Man is mauled to death by lioness at zoo after climbing into enclosure in front of horrified visitors**


**Anti-tourism backlash grows in popular Italian city as locals claim it's a 'no-go zone'**


**Nina Dobrev shows off ripped 'revenge body' in tiny bikini on tropical getaway after shock Shaun White split**


**Travis Turner's football coach son is seen for the first time since his father disappeared amid child porn charges**

# Comments (6)

Commenting on this article has ended                                    Log in

Newest   **Oldest**   **Best rated**   **Worst rated**

---

GO   **Grumpy old fella**, Sydney, Australia, 4 months ago

Not another bigheaded yank looking to rip off millions from our industries. A bottom feeder who is worse than those he devours.

    Click to rate   ⬆ 5   ⬇ 0

---

SP   **Skipper Penguin**, Victoria Land, Antarctica, 4 months ago

This is why people suffer so much with the cost of living. All lawyers are pa... cost of the lawsuits, win lose or draw, are always passed on to the custome... Governments should try massive tax hikes for lawyers earning these ridicul...
**See more**

Click to rate   ⬆ 4

---

D   **donteattheyellowsnow**, Blowhole, Vatican, 4 months ago

That chest is the equivalent of tuckshop arms.

   Click to rate   ⬆ 0

12/1/25, 3:07 PM    Crusading American lawyer who boasts a lavish lifestyle with private jets with his glamorous wife / a sprawling estate and pool chill sessions quits his law firm after putting Aussie …

Case 2:25-cv-06838    Document 1    Filed 12/04/25    Page 41 of 78

Show 3 More Comments

---

The opinions and views expressed in the comments section are solely those of the individual users and do not represent or reflect the opinions, views, or positions of Daily Mail. Daily Mail does not endorse, support, or verify the accuracy of any user-generated content.

Terms | Privacy | Feedback



**Is this the END of Ozempic? Inside secret food industry plan to keep people eating even while taking weight-loss drugs… and the beloved American brands involved**



▶ **NFL kicker from tiny Irish village produces most heartwarming moment of the season with incredible debut**



▶ **Billionaire Nelson Peltz is fined $250 a day for building 'secret' padel court without permission at his $372m Palm Beach mansion where his daughter Nicola marr…**



**The single injection that means you could come off statins for LIFE: Experts hail 'fabulous' breakthrough that permanently cuts cholesterol… and may mean an e…**



**Revealed: The VERY unroyal 'granny annexe' at Princess Beatrice's £3.5m Cotswolds mansion ostracised Fergie may soon call home**



**Pop megastar looks unrecognizable as she ditches signature look**



**for skintight equestrian gear**





**DC National Guard shooter lived like a ghost and spoke no English despite living in the US for four years after fleeing Afghanistan**

**Record cold for 235 million Americans starting in just HOURS as polar vortex brings 'most extreme cold on Earth'**



ADVERTISEMENT



**Eye-popping truth about what really happens at a Butlin's adults-only weekend. There's so many whispers among middle-aged of what the cheerful camps have become…**



▶**Shamed Andrew is formally stripped of his last remaining royal titles as his eviction from the Royal Lodge in Windsor is delayed**



▶**Meet Landry Kiffin, the real winner in dad Lane's $90m LSU move… after she started dating the team's star player**



**'Ridiculously bad' film dubbed 'one of the worst ever made' with 10% Rotten Tomatoes**



12/1/25, 3:07 PM
Crusading American lawyer who boasts about his lifestyle with photo collages with his glamorous wife / a sprawling estate and pool / chill sessions quits his law firm after putting Aussie …
Case 2:25-cv-06838   Document 1   Filed 12/04/25   Page 45 of 78

▶ **score rockets up the Netflix charts against all odds**





**Worrying side-effect of creatine you aren't being warned about: Cheap supplement is hailed as a 'miracle' - but here's how to tell if YOUR brand is doing more h…**

▶ **Full details of Lane Kiffin's eye-watering LSU contract are revealed… with a HUGE bonus if he wins national title**



▶ **'Murder for hire' housewife begs Bahamas judge to free her from GPS shackles… so she can start a shocking new career**



▶ **Inside Bali's 'adult playground' private resort loved by A-list DJs - with triple-level pools in the lounge and underground nightclub**



**I introduced my inexperienced wife to online porn… now she's made a**



**humiliating request - and I have only myself to blame: ASK JANA**





**Nashville neighbors can see what's REALLY going on with Nicole Kidman. It's so sad… and even more embarrassing: KENNEDY**

ADVERTISEMENT



**George Clooney gives a rare insight into family life with his twins as he admits he 'had kids late so I could spend time with them'**



**Moment enraged Tenerife local hurls rocks at tourists after accusing one of them of stealing his waves while surfing**



**I was the Daily Mail's health editor and covered the mysterious surge in cancer in young people. But at just 29, there was an aggressive tumor inside me… even I…**



**Motorcycle influencer, 25, killed in horror crash 'sometimes drove hands-free' as investigation into death continues**

**Real estate experts sound alarm over toxic mortgage trap and wave of demolitions across**



America: Heading to 'extinction'





▶ Ellie Goulding is pregnant! Singer, 38, reveals she's expecting her second child with boyfriend Beau Minniear , 28, as she unveils her bare bump

▶ Lindsay Lohan flashes six of her 15 tattoos for coveted cover as she admits she's a Brad Pitt fan



▶ Usha Vance ditches wedding ring again as she appears alongside Melania Trump to make military care packages



▶ Little House on the Prairie star recalls wild time with rocker Jim Morrison after his indecent exposure arrest



Prince William reminisces about his 'first home' with Kate as he returns to Wales to give a speech on the



12/1/25, 3:07 PM          Crusading American lawyer with coastal haven lifestyle with pools and plants with his glamorous wife, a sprawling estate and pool, hill sessions quits his law firm after putting Aussie …

Case 2:25-cv-06838    Document 1    Filed 12/04/25    Page 49 of 78

▶'dynamic nation' at
Investment Summit



ADVERTISEMENT

**Fans fear Ed Sheeran is hinting his marriage to Cherry Seaborn is over on new version of album as he admits to past 'split'**



**Jon Bon Jovi asks for advice about becoming a grandparent after his son Jake, 23, adopted a baby with Millie Bobby Brown, 21**



**The brand known for the 'world's most comfortable coat' has huge Black Friday weekend savings - and they make great gifts, too**
SHOPPING



**Nigel Lythgoe denies Paula Abdul's sexual assault allegations again almost a year after lawsuit was settled**



**Kelly Clarkson shares rare glimpse of her two kids as they mourn their father's devastating death at 48**



**Do YOU wake up groggy and exhausted? A phytomelatonin gummy may be exactly what you need to finally sleep through the night**
SHOPPING





**Inside Dua Lipa's grueling diet and fitness regime after showcasing her enviable physique**



**Rihanna shares previously unseen bikini snaps from her pregnancy as she marks 59 years of independence for Barbados**



**Brooklyn Beckham shows off his shirtless physique as he strips down to his underwear while whipping up a flaming bowl of pasta in cooking video**



EXCLUSIVE **80s movie star and Mork & Mindy sidekick who was FIRED from Baywatch is unrecognizable on rare outing… can you guess who?**



ADVERTISEMENT



12/1/25, 3:07 PM          Crusading American lawyer who boasts a lavish lifestyle with private jets and his glamorous wife, a sprawling estate and pool chill sessions quits his law firm after putting Aussie …

Case 2:25-cv-06838    Document 1    Filed 12/04/25    Page 52 of 78



**Beat the chill with early Black Friday savings on chic and toasty Merino wool underwear that shoppers call 'the best' on the market**
SHOPPING



**Serena Williams, 44, shows off her incredible figure in a revealing cut-out swimsuit after revealing she dropped 31lbs with weight loss jab**

**Hollywood legend, 91, soaks up the sun and**



enjoys cocktails on rare outing to beloved Malibu hangout



▶ Shoppers can't believe how full their brows look - and the iconic formula is deeply reduced this Black Friday

SHOPPING

▶ Dua Lipa enjoys steamy dance with fiancé in Brazilian salsa club - leaving adoring fans branding the passionate couple 'perfect'



▶ Paris Hilton and Carter Reum enjoy a kayak ride with son Phoenix, two, during St. Barths getaway



▶ Irish influencer faces 'unimaginable tragedy' as husband, 33, dies just weeks after first wedding anniversary



Actor who dated Drew Barrymore and worked with Reese



**Witherspoon looks different with blonde hair, who is he?**



**Diddy makes desperate call to lawyer in new teaser for Netflix doc The Reckoning: 'We're losing'**



**Rihanna turns heads in a fur-look wrap and leopard print heels as she heads out for a dinner date in New York**

ADVERTISEMENT





**Bruce Willis' wife Emma gets teary-eyed as she opens up about receiving criticism for moving the actor to a second home amid his dementia battle**



**Belles of Le Bal! Spanish royal, 19, leads 'nepo baby ball' on the arm of 'Britain's most eligible bachelor' - alongside Angela Bassett's daughter**



**Landman season two is blasted by critics and fans for Demi Moore and other female stars' 'annoying' roles**



**ESPN star Pat McAfee and his wife share intimate personal news after family heartbreak**



Case 2:25-cv-06838   Document 1   Filed 12/04/25   Page 56 of 78

**EXCLUSIVE** Stony-faced Jordon Hudson, 24, spotted with new $100k car as she fumes over claims about love life



How Prince William's 'ordinary Joe' persona is trying to save the monarchy



Kim Kardashian wears kimono for TV role six years after facing backlash for cultural insensitivity



Travis Turner's wife quietly deletes all traces of social media as hunt continues for football coach wanted on child porn charges



Amy Schumer shows off dramatic weight loss in mini-dress and continues to ditch wedding ring amid divorce rumors



Selena Gomez and Benny Blanco share sweet kiss as they lead the stars watching the Lakers take on the Pelicans



ADVERTISEMENT



Case 2:25-cv-06838    Document 1    Filed 12/04/25    Page 57 of 78


**Charlie Puth announced as Super Bowl national anthem singer… two months after Bad Bunny halftime controversy**



**Radiohead forced to reschedule two shows on comeback tour due to illness as band say they are 'devastated'**



**Victoria Beckham treats her daughter Harper, 14, to SEVEN different advent calendars**



**Netflix viewers left 'crying their eyes out' by 'scariest documentary of the season' - claiming they struggled to finish watching**



**Khloe Kardashian shows parent's worst nightmare after son Tatum, three, trashes her car interior**



**John Legend spills on having to negotiate with a porn producer**



**How Chrissy Teigen would REALLY look if she never had any cosmetic enhancements as model celebrates 40th birthday**





12/1/25, 3:07 PM          Crusading American lawyer who coasts a lavish lifestyle with his glamorous wife, a sprawling estate and pool chill sessions quits his law firm after putting Aussie …

Case 2:25-cv-06838   Document 1   Filed 12/04/25   Page 59 of 78



**Paul Walker's daughter Meadow, 27, pays homage to dad 12 years after tragic death**



**Guy Pearce receives backlash over SHOCK political posts - as he makes a huge call about his social media presence**



**Inside Sydney Sweeney's wild Shrek-themed Friendsgiving with boyfriend Scooter Braun**

ADVERTISEMENT



12/1/25, 3:07 PM          Crusading American lawyer who boasts about his lifestyle with photos of jaunts with his glamorous wife / a sprawling estate to pool / hill sessions quits his law firm after putting Aussie …

Case 2:25-cv-06838     Document 1     Filed 12/04/25     Page 60 of 78

▶ EXCLUSIVE  **Andrew told Epstein victim: I know he's been 'inappropriate' with another woman… a YEAR before ex-prince met accuser Giuffre**



▶ **Cory Booker gets married months after engagement to much younger bride**



▶ **Jessie J poses for a 'post-baby, post-cancer' swimsuit selfie as she reveals she has her 'spicy back' after undergoing a mastectomy**



▶ EXCLUSIVE  **Star Trek icon and Shakespeare enthusiast makes rare appearance in LA… can you guess who?**







**Sabrina Carpenter, 26, cozies up to Sir Paul McCartney, 83, backstage after confessing he was her childhood crush**

**Kris Jenner looks unrecognizable in Thanksgiving snaps with Khloe Kardashian and grandkids**


**Meghan King's ex Jim Edmonds celebrates their child's birthday after she loses custody**


**Zootopia 2 epically tops box office including massive nine-figure total for one of biggest worldwide debuts in history**


**Guess who? US singer has fans doing a double take as she arrives in Sydney looking VERY different**




12/1/25, 3:07 PM    Crusading American lawyer who boasts a lavish lifestyle with private jet jaunts with his glamorous wife / a sprawling estate and pool / chill sessions quits his law firm after putting Aussie …

Case 2:25-cv-06838    Document 1    Filed 12/04/25    Page 62 of 78



**What possessed you, Scarlett? Star has signed up for reboot of The Exorcist after 'cursed' film was beset by mysterious deaths and 'evil in every frame'**

ADVERTISEMENT



▶ **Laura Dern shares heartbreaking tribute to late mom Diane Ladd on what would've been her 90th birthday**



▶ **Megan Thee Stallion's boyfriend Klay Thompson names BOAT after her… four months after debuting romance**



▶ **Kelly Osbourne is emotional as brother Jack is the ONLY I'm A Celebrity campmate to miss out on a letter from home following his father Ozzy's death**



▶ **Amanda Seyfried makes rare confession about motherhood amid exhausting back-to-back film releases**



▶ **Dame Joan Collins, 92, enjoys a date night with husband Percy Gibson as she bundles up in white faux fur for the opening of Paddington: The Musical**



**Richard Simmons' estate SLASHES price of his Hollywood Hills**



12/1/25, 3:07 PM        Crusading American lawyer who boasts a lavish lifestyle with private jets, his glamorous wife, a sprawling estate and a pool chill sessions quits his law firm after putting Aussie …

Case 2:25-cv-06838   Document 1   Filed 12/04/25   Page 64 of 78

▶ **mansion after five months on the market**



▶ **Mary Kate and Ashley Olsen's younger sister Elizabeth reveals 'secrets shame'**

▶ **Home Improvement star Zachery Ty Bryan lands sixth arrest in five years amid ongoing legal woes**



▶ **Ed Sheeran exposes cracks in his marriage with heartbreaking new album tracks**



▶ **Jenna Ortega blasts 'soulless' AI at film festival and warns Hollywood is opening a dangerous Pandora's box**



ADVERTISEMENT





▶ EXCLUSIVE  **80s cult classic star who worked with Cher is seen on rare outing in LA… can you guess who?**



▶ **Robert De Niro's daughter blames 'the internet' for part in her teenage son's accidental drug overdose two years earlier**





12/1/25, 3:07 PM    Crusading American lawyer who coasts around in luxurious lifestyle with private jet and holidays with his glamorous wife/a sprawling estate and pool chill sessions quits his law firm after putting Aussie …

Case 2:25-cv-06838    Document 1    Filed 12/04/25    Page 66 of 78



**Rivals' rocked by scandal as Disney+ show's behind-the-scenes antics 'make the saucy series look tame with boozy all night parties and drug taking during filming'**



**Jackie Apostel opts for a striking trench coat while Lottie Moss continues to display her wholesome makeover at the launch of the fashion platform Cultedxo**



**Clobbered Aaron Rodgers left with blood pouring from his nose after taking brutal hit**



**Carey Mulligan joins a glamorous Andrea Riseborough and Emily Watson at the British Independent Film Awards - as rom-com Pillion leads the winners with four gongs**



**YouTuber Emily Canham reveals she's given birth to her first child as she reflects on her 'incredible' labour after a 'difficult' pregnancy**



12/1/25, 3:07 PM          Crusading American lawyer who boasts a lavish lifestyle with private jet plans with his glamorous wife, a sprawling estate and pool - Jill sessions quits his law firm after putting Aussie …

Case 2:25-cv-06838     Document 1     Filed 12/04/25     Page 67 of 78



**Nicole Kidman's heartbreaking comments on divorce revealed in resurfaced interview amid split from Keith Urban**



**Is it any wonder Trump-favourite Sydney Sweeney doesn't give a hoot about her sneering woke detractors? asks ALISON BOSHOFF**



ANYTIME, ANYWHERE, MailOnline ON YOUR IPHONE TRY IT FOR FREE FOR 60 DAYS ►



LIVE TOP STORIES

TOP STORIES      SHOWBIZ      SPORT



**Trump's MRI scan results released by White House**

Daily Mail          See more versions



**I toured the White House to see Melania Trump's Christmas…**

Yahoo · 3l          See more versions



**Appeals court upholds ruling that disqualified Alina Habba from…**

NBC New          See more versions



Case 2:25-cv-06838    Document 1    Filed 12/04/25    Page 68 of 78



**Luigi Mangione appears in court for pretrial hearing over evidence**

NBC New    See more versions



**The 100+ best Cyber Monday deals to shop right now**

AOL · 2hr    See more versions



**Minnesota state government employees say they wrote to…**

Fox News    See more versions



**Trump says he'll look into reported second strike on…**

Yahoo · 6l    See more versions



**Trump to meet with Rubio, Hegseth, top aides on Venezuel…**

CBS New    See more versions



**Winter storm warning expands to 5 states as snow forecast worsens**

Newswee    See more versions



**Theories About Why Missing HS Football Coach Travis Turner**

Click here to view more

Follow                          Subscribe
Daily Mail                      Daily Mail

Follow                          Follow
@DailyMail                      Daily Mail

Follow                          **Follow**
@dailymailuk                    Daily Mail

## DON'T MISS

▶ Millie Bobby Brown
insists she 'felt safe'
working with David
Harbour on Stranger
Things despite alleged
bullying report







**WWE exec sparks fury after shoving young fan away from Logan Paul in wild viral clip**



**Ellen DeGeneres and Portia de Rossi backtrack on plan to stay in UK while Trump is in power as couple plot return to sunny California**



**Ryan Reynolds makes rare comment about his and Blake Lively's son while discussing couple's infamous box office bomb**



**George Clooney reveals he lost an iconic movie role to Brad Pitt… and the actor STILL teases him about it**



**Millie Bobby Brown drops bombshell after last name change after adopting baby with Jake Bongiovi**



**Britney Spears shares cryptic post about 'suffering' and 'darkness' amid fears for troubled star**



12/1/25, 3:07 PM    Crusading American lawyer who boasts a lavish lifestyle with private jet flights with his glamorous wife, a sprawling estate and pool chill sessions quits his law firm after putting Aussie …

Case 2:25-cv-06838    Document 1    Filed 12/04/25    Page 70 of 78


▶ **Meghan Markle wears festive fashion looks worth $82,000 in one-minute trailer for Netflix holiday special - as she invites viewers to 'unwrap the magic'**


▶ **Kourtney Kardashian shares rare photo of son Rocky, 2, after admitting she still breastfeeds him**


▶ **Meghan shares photo of same author used by Kate to announce her return to spotlight after cancer treatment**


▶ **Dick Van Dyke, 99, admits he 'probably neglected' his kids at times while hustling to 'escape poverty'**


▶ **The bizarre rise of 'convent dressing': Lily Allen and Sydney Sweeney lead fashion trend where celebrities dress up as nuns and pose provocatively**

**Heidi Klum reveals the results of her controversial 'worm and parasite cleanse'**



12/1/25, 3:07 PM    Crusading American lawyer who boasts a lavish lifestyle with private jets and his glamorous wife / a sprawling estate and pool chill sessions quits his law firm after putting Aussie …

Case 2:25-cv-06838    Document 1    Filed 12/04/25    Page 71 of 78



**Kate Winslet reveals what she is recognised for most and it is not her 'terrifying' Titanic role - ahead of her new Christmas movie release**

**Vanessa Hudgens gives birth! High School Musical star welcomes second child with Cole Tucker**



**Was Marilyn Monroe REALLY murdered after having affairs with President Kennedy and his brother? How claims of foul play include 'staged' death scene**



**Justin and Hailey Bieber look tense during Thanksgiving getaway after he publicly ignored her birthday**



**'The hottest royal you've never heard of' is quietly following in Prince William's footsteps**







▶ **Pete Davidson kisses pregnant girlfriend Elsie at lavish baby shower as he gears up for fatherhood**

▶ **Jennifer Garner goes grocery shopping alone following Thanksgiving get-together with Ben Affleck**



▶ **George Clooney's FIRST WIFE doesn't look like this anymore as she steps out with Mad Men star husband… see her now**



▶ **Beauty influencer dead at 31 after being found strangled and dumped in forest**



▶ **Ariana Grande fires back at 'dangerous' criticism over her appearance on Wicked promo tour… after terrifying fan ambush**







**Prince Harry's memories of Princess Diana came flooding back after 'months' of therapy - as royal recalled 'jumping up and down' on his mother's waterbed when he was a child**



**Ed Sheeran says he had 'four-hour' talk with Taylor Swift after learning of Travis Kelce engagement on social media… amid 'fallout' rumors**



**Elizabeth Olsen claims sisters Mary-Kate and Ashley were 'forced' to support her acting career during their 'chaotic childhood'**



**Rita Ora puts on a very leggy display in a racy leotard and black knee-high boots as she performs at ski resort**



**Was Charles' secret Cotswolds meeting with King of Bahrain a summit on his brother Andrew Mountbatten-Windsor's future?**

**Meghan Trainor says she quit a daily habit after psychic warned she was using it like**




'speed' amid Mounjaro weight loss




**Romeo Beckham showcases his toned and tattooed physique as he goes shirtless for mirror selfie**


**Oprah Winfrey shows off her TINY plate of Thanksgiving leftovers after dropping 50lbs with Ozempic**


**Rosie Huntington-Whiteley displays her incredibly toned figure in pink lingerie as she poses for racy snaps**


**Vanessa Hudgens has fans convinced she SECRETLY welcomed second child with mysterious beach snap**


**EXCLUSIVE** **Gisele Bündchen splashes $14.5M on fourth Miami dream home next door to her current pad shared with jiu-jitsu hunk**



12/1/25, 3:07 PM          Crusading American lawyer who boasts a lavish lifestyle with private jets and hits with his glamorous wife/a sprawling estate and pool/chill sessions quits his law firm after putting Aussie …

Case 2:25-cv-06838    Document 1    Filed 12/04/25    Page 75 of 78



**JoJo Siwa shares health update after being rushed to hospital in 'excruciating pain' that left her 'unable to breathe' and almost 'blacking out'**



EXCLUSIVE **Sydney Sweeney flaunts bikini body on steamy holiday getaway with boyfriend Scooter Braun**



**Meghan Markle shows off her beautiful calligraphy as she launches yet another As Ever product**



**Gypsy Rose Blanchard reveals drastic hair transformation after admitting she's been hiding under WIGS**



**Kim Kardashian's scan reveals she has 'low brain activity' due to 'chronic stress' from ex Kanye West**

 LIVE TOP STORIES



TOP STORIES    SHOWBIZ    SPORT


**Trump's MRI scan results released by White House**
Daily Mail    See more versions


**I toured the White House to see Melania Trump's Christmas…**
Yahoo · 3l    See more versions


**Appeals court upholds ruling that disqualified Alina Habba from…**
NBC New    See more versions


**Luigi Mangione appears in court for pretrial hearing over evidence**
NBC New    See more versions


**The 100+ best Cyber Monday deals to shop right now**
AOL · 2hr    See more versions


**Minnesota state government employees say they wrote to…**
Fox News    See more versions


**Trump says he'll look into reported second strike on…**
Yahoo · 6l    See more versions


**Trump to meet with Rubio, Hegseth, top aides on Venezuel…**
CBS New    See more versions


**Winter storm warning expands to 5 states as snow forecast worsens**
Newswee    See more versions


**Theories About Why Missing HS Football Coach Travis Turner**

Click here to view more

FROM THE MAKERS OF CANDY CRUSH

Crusading American lawyer who sets his lavish lifestyle with private jets ... the flamboyant boss with his glamorous wife, a sprawling estate and pool ... hill sessions quits his law firm after putting Aussie ...

**Farm Heroes Saga, the #4 Game on iTunes. Play it now!**



more



# Daily Mail

Follow us on:    

Back to top ⌄

| Company | Channels | Terms of Use | Get in Touch | More |
|---|---|---|---|---|
| DMG Media | Home | Website Terms | Contact us | Sitemap |
| Leadership Team | Showbiz | Privacy Policy | How to complain | RSS |
| This is Money | TV | Subscription Terms & Conditions | Work with us | Archive |
| Metro | News | Do not sell or share my personal informat | | |
| Newzit | Lifestyle | Contributors | | |
| Mail Travel | Sports | Additional Cookie Information | | |
| About Daily Mail | Health | | | |
| | Science | | | |
| | Royals | | | |
| | Money | | | |

12/1/25, 3:07 PM     Crusading American lawyer who boasts of lavish lifestyle with private jets quits his law firm after putting Aussie …

Case 2:25-cv-06838   Document 1   Filed 12/04/25   Page 78 of 78

Real Estate

Media

U.K.

Video

Buyline

DailyMail+

© 2025 Associated Newspapers Limited