## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| HARRIS POGUST and CARRIE GERO, H/W, | : |
| Plaintiffs, | :    Civil Action No.: 2:25-CV-6838-JHS |
| v. | : |
| THE MICROSOFT NETWORK, et al., | : |
| Defendants. | : |

### STIPULATION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS

The undersigned parties stipulate and agree, subject to the approval of the Court under Federal Rule of Civil Procedure 6(b) and Local Rule 7.4(b), that the deadline for Plaintiffs to respond to the Motion to Dismiss of Defendants Associated Newspapers, Ltd., Mail Media, Inc., and the Microsoft Network shall be extended to May 8, 2026.

It is further stipulated that Defendants time to file a Reply to Plaintiff's Response shall be extended to May 22, 2026.

Dated: April 29, 2026

Respectfully submitted,

STAMPONE O'BRIEN DILSHEIMER HOLLOWAY

BALLARD SPAHR LLP

By: _/s/ Kevin O'Brien_ (with permission)
    Kevin O'Brien
    kobrien@stamponelaw.com
    500 Cottman Avenue
    Cheltenham, PA 19012
    Telephone: 215.663.0400
    Facsimile: 215.663.9112

_Counsel for Plaintiffs_

By: _/s/Michael Berry_
    Michael Berry
    berrym@ballardspahr.com
    Elizabeth Seidlin-Bernstein
    seidline@ballardspahr.com
    1735 Market Street, 51st Floor
    Philadelphia, PA 19103-7599
    Telephone: 215.665.8500
    Facsimile: 215.864.8999

_Counsel for Defendants Associated Newspapers Ltd., Mail Media, Inc., and The Microsoft Network_

**IT IS SO ORDERED.**

Dated: 4/26/2026

/s/ Joel H. Slomsky
Hon. Joel H. Slomsky, U.S.D.J.