**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **HARRIS POGUST and CARRIE GERO, H/W,** | : | |
| | : | |
| **Plaintiffs,** | : | **Civil Action No.: 2:25-CV-6838-JHS** |
| | : | |
| **v.** | : | |
| | : | |
| **THE MICROSOFT NETWORK, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

**CORRECTED STIPULATION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS**

The undersigned parties stipulate and agree, subject to the approval of the Court under Federal Rule of Civil Procedure 6(b) and Local Rule 7.4(b), that the deadline for Plaintiffs to respond to the Motion to Dismiss of Defendants Associated Newspapers, Ltd., Mail Media, Inc., and the Microsoft Network shall be extended to May 11, 2026[1].

It is further stipulated that Defendants time to file a Reply to Plaintiff's Response shall be extended to June 5, 2026.

Dated: May 7, 2026                          Respectfully submitted,

STAMPONE O'BRIEN DILSHEIMER          BALLARD SPAHR LLP
HOLLOWAY

By:  */s/ Kevin O'Brien* (with permission)      By:   */s/ Elizabeth Seidlin-Bernstein*
    Kevin O'Brien                                Michael Berry
    kobrien@stamponelaw.com                      berrym@ballardspahr.com
    500 Cottman Avenue                           Elizabeth Seidlin-Bernstein
    Cheltenham, PA 19012                         seidline@ballardspahr.com
    Telephone: 215.663.0400                      1735 Market Street, 51st Floor
    Facsimile: 215.663.9112                      Philadelphia, PA 19103-7599
                                                 Telephone: 215.665.8500
*Counsel for Plaintiffs*                         Facsimile: 215.864.8999

                                                 *Counsel for Defendants Associated*
                                                 *Newspapers Ltd., Mail Media, Inc., and The*
                                                 *Microsoft Network*

---

[1] Counsel for the Plaintiff was made aware this morning that the ECF Filing system will be down for maintenance tomorrow afternoon beginning at 3:00, and is in pre-scheduled depositions of a witness and a party beginning at 10:00am, and will likely not be out of depositions in time to complete final review of the Plaintiff's Response for filing.

**IT IS SO ORDERED.**

Dated:   5/8/2026

/s/ Joel H. Slomsky

_____

Hon. Joel H. Slomsky, U.S.D.J.